6/5/2024 3:05 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 88480478
By: taujhnae travis
Filed: 6/5/2024 3:05 PM

CAUSE NO. 202433882

| | | |
|---|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW PLLC | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| CUBNCA, JUAN PABLO DIAZ | § | |
| Defendant. | § | 269TH JUDICIAL DISTRICT COURT |

## AFFIDAVIT OF SERVICE

"The following came to hand on **May 30, 2024, 4:05 pm**,

CITATION, PLAINTIFFS ORIGINAL VERIFIED PETITION AND APPLICATION FOR TEMPORARY RESTRAINING ORDER PRELIMINARY INJUNCTION PERMANENT INJUNCTION AND REQUEST FOR EXPEDITED DISCOVERY.,

and was executed at **2900 NORTH LOOP WEST SUITE 300, Houston, TX 77055** within the county of **Harris** at **09:42 AM** on **Mon, Jun 03 2024**, by delivering a true copy to the within named

**MENESES LAW PLLC BY DELIVERING TO MIRIAM GOMEZ, RECEPTIONIST**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Antonio Perez**, my date of birth is **09-09-1994**, and my address is **P.O. Box 1886, Pearland, TX 77588**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in HARRIS County, State of **TX**, on **June 04, 2024**.

_____

Antonio Perez
Certification Number: PSC-12339
Certification Expiration: 10/31/25

Unofficial Copy Office of Marilyn Burgess District Clerk

**Exhibit**

**A-3**