IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | |
| JUAN PABLO DIAZ CUENCA and MENESES LAW, PLLC | § § § | Civil Action No. 4:24-cv-2190 |
| *Defendants*. | | |

## DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Michael Killingsworth of the law firm of Ahmad, Zavitsanos & Mensing, PLLC, hereby appears as counsel for Defendant Meneses Law Firm PLLC. Mr. Killingsworth is currently admitted to practice in the Southern District of Texas. Please add Mr. Killingsworth to your list of service of all papers pertaining to the referenced action at the following street and email addresses:

Michael Killingsworth
State Bar No. 24110089
Federal ID: 3372610
**AHMAD, ZAVITSANOS & MENSING, PLLC**
1221 McKinney, Suite 2500
Houston, TX 77010
T: (713) 655-1101
F: (713) 655-0062
mkillingsworth@azalaw.com

| | |
|---|---|
| Dated: June 12, 2024, | Respectfully submitted, |

/s/ *Michael Killingsworth*
Joseph Y. Ahmad
State Bar No.: 00941100
Federal ID: 11604
Jason S. McManis
State Bar No. 24088032
Federal ID: 3138185
Michael Killingsworth
State Bar No.: 24110089
Federal ID: 3372610
joeahmad@azalaw.com
jmcmanis@azalaw.com
mkillingsworth@azalaw.com
1221 McKinney, Suite 2500
Houston, Texas 77010
Phone: 713.655.1101
Fax: 713.655.0062

**ATTORNEY FOR DEFENDANT MENESES LAW FIRM PLLC**

# CERTIFICATE OF SERVICE

      I hereby certify that on the 12th day of June 2024, a true and correct copy of the above and foregoing document was served on the following counsel of record via the ECF system:

                                           */s/ Michael Killingsworth*
                                           Michael Killingsworth