IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | |
|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC, <br>     *Plaintiff*, <br> v. <br><br> JUAN PABLO DIAZ CUENCA and MENESES LAW, PLLC <br><br>     *Defendants*. | § § § § § § § § § § | Civil Action No. 4:24-cv-02190 |

## MENESES LAW, PLLC'S MOTION TO DISMISS COUNT V AND COUNT IV OF PLAINTIFF'S ORIGINAL PETITION

Before the Court is Defendant Meneses Law, PLLC's Motion to Dismiss with prejudice, Count V and Count IV of Plaintiff's Original Petition (Doc No. 16). Having considered the Motion, relevant docket entries, and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted;

**IT IS HEREBY ORDERED THAT** the motion is granted in its entirety and Plaintiff's claims for Unfair Competition (Count V) and Misappropriation/Conversion of Confidential Information (Count VI) shall be, and hereby are, dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE