# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ALEXANDRA LOZANO IMMIGRATION LAW, PLLC,

        Plaintiff,

v.

JUAN PABLO DIAZ CUENCA

  and

MENESES LAW, PLLC

        Defendants.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 4:24-cv-2190

## DECLARATION OF CARLOS FERREIRA

1. My name is Carlos Ferreira. I am the Chief Information Officer ("CIO") of Alexandra Lozano Immigration Law ("ALIL"). I am over the age of 21 and am competent to testify.

2. All statements are based on my personal knowledge.

3. I have worked in IT, and in particular in Information Systems Security, for over 20 years. I have a Bachelor of Science degree in Information Systems from Drexel University and a Master of Science degree in Information Assurance from Norwich University. I am also a Certified Information Systems Security Professional (CISSP) since 2011. My expertise lies in planning and implementing robust technology roadmaps and security programs to elevate corporate technology capabilities, cyber maturity, threat awareness, and counterintelligence capabilities.

4. Beginning in August 2023, I have served as ALIL's CIO. I am extremely familiar with ALIL's network map and ALIL's data security measures. I also supervised Lauren Catalina Rodriguez ("Rodriguez") in her role as Data Analyst Team Lead when she was employed with

1

ALIL.  Rodriguez is married to Juan Pablo Diaz Cuenca ("Diaz").  Diaz worked for ALIL beginning in May 2021 through November 2023 in various positions.  His final position with ALIL was Legal Line and Support Teams Senior Manager.  Through my position as CIO, I am familiar with the levels of access to ALIL's sensitive information Diaz possessed.  I am also familiar with the levels of access to ALIL's sensitive information Rodriguez possessed.

5.      Both Diaz and Rodriguez had unfettered access to Litify, the platform ALIL uses for case management.  Diaz also had nearly unfettered access to information ALIL stored on Google Workspace.  Rodriguez had access to even more information, because in her role, she analyzed various metrics including financial data, human resources information, and marketing data to create dashboards for tracking performance and building market opportunities for ALIL.

6.      In 2024, ALIL became aware that Diaz was employed by ALIL's competitor Meneses Law, PLLC ("Meneses Law").  ALIL was subsequently made aware that Diaz was using ALIL's training materials to train Meneses Law employees.  Accordingly, on or about May 9, 2024, ALIL engaged a digital forensics company, ArcherHall, to analyze Diaz's company-issued laptop to determine the extent of Diaz's digital theft from ALIL, and specifically to analyze whether Diaz had had engaged in any unauthorized copying, printing, or transferring of ALIL's data in his last month of employment with ALIL.

7.      On or about June 12, 2024, ALIL received ArcherHall's preliminary results, with follow-up results received on July 1, 2024 and July 17, 2024. I have personally reviewed the data provided to ALIL by ArcherHall.  The data extracted by ArcherHall shows Diaz's user activity, specifically indicating the files he accessed, files he downloaded, and his web browser history.

8.      While we are still analyzing the data, I have been able to draw a few conclusions regarding Diaz's activity in his final days with ALIL.

2

9.      First, Diaz appears to have downloaded documents related to six client files to a USB thumb-drive.  In consulting with our team, I confirmed that each of these files represents all the types of VAWA visa cases in which ALIL specializes.  In other words, Diaz took from ALIL—without authorization—confidential client information that serve as templates for how ALIL conducts its business and serves its clients.

10.     Second, in his final days at ALIL, Diaz opened a number of confidential files, such as training materials, client files, and internal dashboards, and appeared to take screenshots of these materials.  The number of screenshots Diaz took is highly unusual and this activity does not appear to relate to his official duties with ALIL.  We cannot definitively determine what Diaz did with this information, because ALIL did not maintain web proxy logs during Diaz's employment, but the activity, coupled with the photos ALIL has seen of Diaz using ALIL's training materials with Meneses Law employees suggests that Diaz took confidential information in the form of screenshots with him before his employment was terminated.

11.     I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

/s/ Carlos Ferreira                                                July 17, 2024
Carlos Ferreira                                                    Date

3