IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 4:24-cv-2190 |
| JUAN PABLO DIAZ CUENCA | § § § | |
| and | § § | |
| MENESES LAW, PLLC | § § § | |
| *Defendants*. | § | |

## <u>PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD</u>

Alexandra Lozano Immigration Law, PLLC ("Plaintiff"/"ALIL") files this Motion to Supplement the Record ("Motion"), asking the Court to enter an Order authorizing Plaintiff to supplement the record. Specifically, Plaintiff asks to supplement the record to include Exhibits B and C from Plaintiff's Original Verified Petition ("State Court Petition") which were not included in the Defendants' Notice of Removal.

In support of this Motion, Plaintiff states as follows:

1. On May 29, 2024, Plaintiff filed its Original Verified Petition for Temporary Restraining Order, Preliminary Injunction, Permanent Injunction and Expedited Discovery ("Verified Petition") against Defendants Juan Pablo Diaz Cuenca ("Diaz") and Meneses Law, PLLC ("Meneses Law") (collectively, "Defendants") in the Harris County District Court of Texas (the "State Action").

2. Exhibits A through F were included with Plaintiff's Verified Petition.

3. On June 7, 2024, Defendants jointly removed the State Action to this Federal Court.

[Dkt. 1].

4.    Plaintiff's Verified Petition, along with some of its exhibits, is attached to Defendants' Joint Notice of Removal filed with this Court.  (*Id.*)  However, Exhibits B and C to the Verified Petition are not appearing in the State Court docket for an unknown reason.  Thus, when Defendants removed this action to this Court, Exhibits B and C were not included.  (*Id.*)

5.    Exhibit B to the Verified Petition is the Declaration of Amy Rios, the Chief Operating Officer of ALIL.

6.    Exhibit C to the Verified Petition is the Declaration of Nicolas Herrera, the Case Management Center Senior Manager of ALIL.

7.    Exhibits B and C are vital to the Court's assessment of Plaintiff's Verified Petition as they substantiate Plaintiff's claims.

8.    True and correct copies of Exhibits B and C to Plaintiff's Verified Petition are attached to this Motion for the Court's review.  *See* Exhibit 1 (Declaration of Amy Rios) and Exhibit 2 (Declaration of Nicolas Herrera).

9.    Plaintiff's counsel has conferred with counsel for Defendants regarding the relief requested in this Motion.  Counsel for Defendant Meneses Law is unopposed, and Counsel for Defendant Diaz has not responded as to whether Defendant Diaz is opposed.

10.    Plaintiff asks the Court to allow it to file these missing declarations to supplement the record in this Court.  *See* Exhibits 1-2 attached hereto.  Plaintiff also requests such additional and further relief to which it may show itself to be entitled.

11.    A proposed Order is attached to this Motion for the Court's consideration.

Dated:  July 31, 2024

Respectfully submitted,

/s/ *Nathaniel J. Higgins*
Lauren Hope Whiting
Texas Bar No.  24084091
JACKSON LEWIS P.C.
93 Red River St., Ste.  1150
Austin, Texas 78701
512.362.7408 [Telephone]
512.362.5574 [Facsimile]
Lauren.Whiting@jacksonlewis.com

Pamela B. Linberg
Texas Bar No. 00793299
S.D. TX Bar No. 23981
Nathaniel J. Higgins
Texas Bar No. 24087720
S.D. TX Bar No. 3277285
JACKSON LEWIS P.C.
717 Texas Avenue, Suite 1700
Houston, TX 77002
713.650.0404 [Telephone]
713.650.0405 [Facsimile]
Pamela.Linberg@jacksonlewis.com
Nathaniel.Higgins@jacksonlewis.com

Kirsten R. Fraser *(Pro Hac Vice)*
ORGAN LAW LLP
1330 Dublin Road
Columbus, Ohio 43215
614.481.0900 [Telephone]
614.481.0904 [Facsimile]
kfraser@organlegal.com

**ATTORNEYS FOR PLAINTIFF , ALEXANDRA LOZANO IMMIGRATION LAW, PLLC**

3

## CERTIFICATE OF CONFERENCE

I certify that I conferred by telephone with Jason McManis, counsel for Defendant Meneses Law PLLC on July 22, 2024 and Defendant Meneses Law is unopposed to the relief sought in this Motion.  I also certify that I emailed Ashish Mahendru, counsel for Defendant Juan Pablo Diaz Cuenca, on July 25, 2024, regarding the relief requested in this Motion and have not received a response as to whether Defendant Diaz is opposed to the relief requested in this Motion.

*/s/ Nathaniel J. Higgins*
Nathaniel J. Higgins

## CERTIFICATE OF SERVICE

I certify that I filed a true and correct copy of *Plaintiff's Motion to Supplement the Record* on July 30, 2024, on the following counsel of record for Defendants:

*Via Email*
Jason S. McManis, JMcManis@azalaw.com
Joseph Y. Ahmad, JoeAhmad@azalaw.com
Ahmad, Zavitsanos, & Mensing, PLLC
1221 McKinney, Ste. 2500
Houston, Texas 77010

*Via Email*
Edwin Sullivan, ed@osattorneys.com
Oberti Sullivan LLP
712 Main Street, Suite 900
Houston, TX 77002
**Attorneys for Defendant, Meneses Law PLLC**

*Via Email*
Ashish Mahendru, amahendru@thelitigationgroup.com
Mahendru, PC
639 Heights Blvd.
Houston, Texas 77007
**Attorneys for Defendant, Juan Pablo Diaz Cuenca**

*/s/ Nathaniel J. Higgins*
Nathaniel J. Higgins

4