UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ALEXANDRA LOZANO IMMIGATION LAW, PLLC,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.: 4:24-cv-02190 |
| **JUAN PABLO DIAZ CUENCA, and MENESES LAW, PLLC,** | § § § § | |
| *Defendants.* | § § § | |

### DEFENDANT JUAB PABLO DIAZ CUENCA'S CERTIFICATE OF INTERESTED PARTIES

Defendant Juan Pablo Diaz Cuenca. makes the following disclosure of Interested Parties that may have a financial interest in the outcome of this litigation:

1. Alexandra Lozano Immigration Law, PLLC, Plaintiff;

2. Juan Pablo Diaz Cuenca, Defendant;

3. Meneses Law, PLLC, Defendant;

4. Mahendru P.C., Ashish Mahendru and Darren Braun, Counsel for Defendant Juan Pablo Diaz Cuenca;

5. Jason S. McManis, Joseph Y. Ahmad, and Michael Killingsworth, Counsel for Defendant Meneses Law Firm, PLLC; *and*

6. Pamela B. Linberg, Nathanial Higgins, and Kirsten R. Fraser, Counsel for Plaintiff Alexandra Lozano Immigration Law, PLLC

Dated: August 6, 2024

Respectfully submitted,

**MAHENDRU, P.C.**

By: _____

Ashish Mahendru
State Bar No. 00796980
Federal Bar No. 30480
Darren A. Braun
State Bar No. 24082267
Federal Bar No. 2276914
639 Heights Blvd.
Houston, Texas 77007
Telephone: 713-571-1519
Facsimile: 713-651-0776
amahendru@thelitigationgroup.com
dbraun@thelitigationgroup.com

**ATTORNEYS FOR DEFENDANT JUAN PABLO DIAZ CUENCA**

### CERTIFICATE OF SERVICE

I certify that on August 6, 2024 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I certify that all parties in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

_____
Ashish Mahendru