United States District Court
Southern District of Texas
**ENTERED**
August 20, 2024
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>RICHARD W. BENNETT, PRESIDING</u>
DATE: <u>August 20, 2024</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>11:10-11:20AM</u>     AFTERNOON: _____
*************************************************************************

CIVIL NO. 4:24cv2190

| | |
|---|---|
| Alexandra Lozano Immigration Law, LLC | Kirsten Fraser<br>Nathaniel J. Higgins<br>Pamela Banks Linberg |
| Plaintiff | |
| Meneses Law, PLLC | Michael A. Killingsworth<br>Ashish Mahendru |
| Defendants | |

*************************************************************************

<u>MINUTE ENTRY ORDER:</u>

<u>The court conducted the Initial Conference and entered a Scheduling Order.</u>

Signed this <u>20</u><sup>th</sup> day of August, 2024.

_____
Richard W. Bennett
United States Magistrate Judge