Case 4:24-cv-02190   Document 32   Filed on 08/20/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 20, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| JUAN PABLO DIAZ CUENCA | § § | Civil Action No. 4:24-cv-2190 |
| and | § § § | |
| MENESES LAW, PLLC | § § | |
| Defendants. | § | |

## DEFENDANTS' PROPOSED SCHEDULING ORDER

1. Trial: Estimated time to try: **5-6 days, split equally between each side**.[1]
   ☐ Bench    ☒ Jury

2. New parties must be joined by: **December 2, 2024**
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: **April 2, 2025**

4. The defendant's experts must be named with a report furnished by: **May 6, 2025**

5. Discovery must be completed by: **July 15, 2025**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: **August 29, 2025**

7. Responses due by: **September 19, 2025**

8. Non-Dispositive Motions will be filed by: **October 15, 2025**

********************* The Court will provide these dates. *********************

9. Joint pretrial order is due: February 25, 2026
   *The plaintiff is responsible for filing the pretrial order on time.*

10. Final Pretrial Conference is set for **1:30 PM** on: March 30, 2026

11. Trial is set for **9:00 AM** on: April 13, 2026
    *The case will remain on standby until tried.*

Date: 08.20.24

_____
United States Magistrate Judge
Richard W. Bennett

---

[1] Neither Defendant waives their right to arbitration.