IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC, <br>     *Plaintiff*, <br> v. <br><br> JUAN PABLO DIAZ CUENCA and MENESES LAW, PLLC <br><br>     *Defendants*. | § § § § § § § § § § | Civil Action No. 4:24-cv-02190 |

### MENESES LAW, PLLC'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTS V AND COUNT VI OF PLAINTIFF'S ORIGINAL PETITION

Defendant Meneses Law, PLLC ("Meneses Law") files this unopposed motion to leave to file a reply in support of Meneses Law motion to dismiss Counts V and VI of Plaintiff's Original Petition. Meneses Law made a clerical error and slated August 23, 2024 as the date its reply was due, when in fact the date was August 22, 2024. Immediately upon realizing this clerical error, Meneses Law reached out to Plaintiff to see if they opposed Meneses Law filing the reply a day late (today). Plaintiff did not oppose. Accordingly, Meneses Law requests the Court consider Meneses Law reply, attached hereto as Exhibit A.

### **CONCLUSION**

For all the foregoing reasons, Meneses Law respectfully requests that the Court grant Meneses Law's motion for leave and consider Meneses Law's reply.

Dated: August 23, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Jason S. McManis*
　　　　　　　　　　　　　　　　　　　　　Joseph Y. Ahmad
　　　　　　　　　　　　　　　　　　　　　State Bar No. 00941100
　　　　　　　　　　　　　　　　　　　　　Federal ID: 11604
　　　　　　　　　　　　　　　　　　　　　joeahmad@azalaw.com
　　　　　　　　　　　　　　　　　　　　　Jason S. McManis
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24088032
　　　　　　　　　　　　　　　　　　　　　Federal ID: 3138185
　　　　　　　　　　　　　　　　　　　　　jmcmanis@azalaw.com
　　　　　　　　　　　　　　　　　　　　　Michael Killingsworth
　　　　　　　　　　　　　　　　　　　　　State Bar No. 24110089
　　　　　　　　　　　　　　　　　　　　　Federal ID: 3372610
　　　　　　　　　　　　　　　　　　　　　mkillingsworth@azalaw.com
　　　　　　　　　　　　　　　　　　　　　1221 McKinney, Suite 2500
　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77010
　　　　　　　　　　　　　　　　　　　　　Phone: (713) 655.1101

　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR DEFENDANT**
　　　　　　　　　　　　　　　　　　　　　**MENESES LAW FIRM PLLC**

## **CERTIFICATE OF CONFERENCE**

Counsel for Meneses Law has conferred with counsel for Plaintiff and been informed that Plaintiff is unopposed to this motion.

*/s/ Michael Killingsworth*
Michael Killingsworth

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2024, a true and correct copy of the above and foregoing document was filed electronically and provided to all counsel of record through the CM/ECF system.

*/s/ Jason S. McManis*
Jason McManis