IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC | § § § |
| VS | §   CIVIL ACTION NO. H-24-2190 |
| MENESES LAW FIRM PLLC | § § § |

## NOTICE OF TELEPHONE HEARING

The parties in this matter are hereby notified that a hearing will be held pertaining to the discovery disputes of the parties by telephone for Friday, August 30, 2024 at 11:00 AM. Instructions for calling are as follows:

        Telephone Number:      571-353-2301
        Guest ID:      879507616#
        Passcode:      741963#

**NOTE:** **ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENT OF THIS NOTICE.**

---

Date: August 29, 2024                    Nathan Ochsner, Clerk of Court

                                                          By: R. Hawkins, Case Manager