# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Alexandra Lozano Immigration Law, PLLC

v.                              Case Number: 4:24−cv−02190

Meneses Law Firm PLLC, et al.

## NOTICE OF RESETTING

**A proceeding has been set in this case as set forth below.**

**Before the Honorable Andrew S Hanen**

**PLACE:**
by telephone

**DATE:** 9/3/2024

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Discovery Hearing

Date: August 30, 2024                              Nathan Ochsner, Clerk