United States District Court
Southern District of Texas
**ENTERED**
September 03, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC, § § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 4:24-cv-02190 | |
| § | | |
| JUAN PABLO DIAZ CUENCA and § | | |
| MENESES LAW, PLLC § § | | |
| Defendants. § | | |

### ORDER GRANTING MENESES LAW, PLLC'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTS V AND COUNT VI OF PLAINTIFF'S ORIGINAL PETITION

Before the Court is Defendant Meneses Law, PLLC's ("Meneses Law") Unopposed Motion for Leave to File Reply in Support of Motion to Dismiss Counts V and Count VI of Plaintiff's Original Petition. After consideration of Meneses Law's Motion for Leave to File Reply has merit and should be **GRANTED.**

Therefore, it is **ORDERED** that Meneses Law's Reply is deemed filed and the Court will consider the Reply.

IT IS SO ORDERED.

Signed this 28th day of August, 2024.

Hon. Andrew S. Hanen
United States District Judge

1