IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:24-cv-2190 |
| JUAN PABLO DIAZ CUENCA | § § § | |
| and | § § | |
| MENESES LAW, PLLC | § § § | |
| Defendants. | § | |

**NOTICE OF VOLUNTARY DISMISSAL AS TO**
**DEFENDANT JUAN PABLO DIAZ CUENCA WITHOUT PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alexandra Lozano Immigration Law, PLLC ("Plaintiff" or "ALIL"), by and through its undersigned counsel, hereby gives notice of voluntary dismissal of individual Defendant Juan Pablo Diaz Cuenca ("Diaz") *without prejudice to refiling*. Plaintiff does not request an order from the Court, nor is one required, because Diaz has not served either an answer or a motion for summary judgment.

Date: September 9, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ *Pamela B. Linberg*　　　　　　　
　　　　　　　　　　　　　　　　　　　　Lauren Hope Whiting
　　　　　　　　　　　　　　　　　　　　Texas Bar No.  24084091
　　　　　　　　　　　　　　　　　　　　JACKSON LEWIS P.C.
　　　　　　　　　　　　　　　　　　　　93 Red River St., Ste.  1150
　　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　　512.362.7408 [Telephone]
　　　　　　　　　　　　　　　　　　　　512.362.5574 [Facsimile]
　　　　　　　　　　　　　　　　　　　　Lauren.Whiting@jacksonlewis.com

　　　　　　　　　　　　　　　　　　　　Pamela B. Linberg
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00793299
　　　　　　　　　　　　　　　　　　　　S.D. TX Bar No. 23981
　　　　　　　　　　　　　　　　　　　　Nathaniel J. Higgins
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24087720
　　　　　　　　　　　　　　　　　　　　S.D. TX Bar No. 3277285
　　　　　　　　　　　　　　　　　　　　Jackson Lewis P.C.
　　　　　　　　　　　　　　　　　　　　717 Texas Avenue, Suite 1700
　　　　　　　　　　　　　　　　　　　　Houston, TX 77002
　　　　　　　　　　　　　　　　　　　　713.650.0404 [Telephone]
　　　　　　　　　　　　　　　　　　　　713.650.0405 [Facsimile]
　　　　　　　　　　　　　　　　　　　　Pamela.Linberg@jacksonlewis.com
　　　　　　　　　　　　　　　　　　　　Nathaniel.Higgins@jacksonlewis.com

　　　　　　　　　　　　　　　　　　　　Kirsten R.  Fraser (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　Organ Law LLP
　　　　　　　　　　　　　　　　　　　　1330 Dublin Road
　　　　　　　　　　　　　　　　　　　　Columbus, Ohio 43215
　　　　　　　　　　　　　　　　　　　　614.481.0900 [Telephone]
　　　　　　　　　　　　　　　　　　　　614.481.0904 [Facsimile]
　　　　　　　　　　　　　　　　　　　　kfraser@organlegal.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Alexandra Lozano*
　　　　　　　　　　　　　　　　　　　　*Immigration Law, PLLC*

## **CERTIFICATE OF SERVICE**

      I certify that on September 9, 2024, I served a true and correct copy of the foregoing *Notice of Voluntary Dismissal as to Defendant Juan Pablo Diaz Cuenca Without Prejudice* by electronic mail in accordance with the Federal Rules of Civil Procedure, on the following counsel of record:

Jason S. McManis, JMcManis@azalaw.com
Joseph Y. Ahmad, JoeAhmad@azalaw.com
Ahmad, Zavitsanos, & Mensing, PLLC
1221 McKinney, Ste. 2500
Houston, Texas 77010

Edwin Sullivan, ed@osattorneys.com
Oberti Sullivan LLP
712 Main Street, Suite 900
Houston, TX 77002
**Attorneys for Defendant, Meneses Law PLLC**

Ashish Mahendru, amahendru@thelitigationgroup.com
Darren Braun, dbraun@thelitigationgroup.com
Mahendru, PC
639 Heights Blvd.
Houston, Texas 77007
**Attorneys for Defendant, Juan Pablo Diaz Cuenca**

                                                                  */s/ Pamela B. Linberg*
                                                                  Pamela B. Linberg