United States District Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | |
|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC, <br> *Plaintiff,* <br> v. <br> JUAN PABLO DIAZ CUENCA and MENESES LAW, PLLC <br> *Defendants.* | § § § § § § § § § § § Civil Action No. 4:24-cv-02190 |

## AMENDED AGREED EXPEDITED DISCOVERY ORDER AND BRIEFING SCHEDULE

Before the Court is a Proposed Agreed Expedited Discovery Order and Briefing Schedule. Based on the joint position of the parties, the Court has determined that entry of the proposed order is appropriate.

Therefore, the Court hereby **ORDERS** that the Agreed Expedited Discovery Order and Briefing Schedule, it is ORDERED as follows:

**August 2nd**  DISCOVERY REQUESTS. Parties may serve written discovery requests. Requests for production are limited to 10 per Party. Interrogatories are limited to 5 per Party.

**August 16th**  DISCOVERY RESPONSES. Parties to serve responses and objections to all discovery requests and produce responsive documents.

**September 20th**  EXPERT DISCLOSURES. Expert disclosures related to the preliminary injunction motion shall be made in compliance with Federal Rule of Civil Procedure 26(a)(2).

**September 30th**  DEPOSITIONS. All depositions must be completed. Depositions of lay witnesses are limited to 10 hours in total per side. Depositions of experts shall be limited to 2.5 hours per expert.

**October 11th**  DEFENDANTS' RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION DUE. Meneses Law and Diaz must file their response to Plaintiff's preliminary injunction motion.

<u>**October 21st**</u>      **PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION DUE.** Plaintiff must file its reply in support of Plaintiff's preliminary injunction motion.

SIGNED this date: September 11, 2024

_____
Hon. Andrew S. Hanen