United States District Court
Southern District of Texas
**ENTERED**
September 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Alexandra Lozano Immigration Law, PLLC., Plaintiff, | § § § § § § § § | CIVIL ACTION NO. 4:24cv2190 |
| vs | | |
| Meneses Law, PLLC, Defendant. | | |

## ORDER

Pending before the Court is Plaintiff's Unopposed Notice of Withdrawal of Plaintiff's Motion for Preliminary Injunction (Doc. No. 49).

It is ORDERED:

That Plaintiff's Unopposed Notice of Withdrawal of Plaintiff's Motion for Preliminary Injunction (Doc. No. 49) is GRANTED. The Plaintiff's Motion for Preliminary Injunction at Docket Entry No. 19 is WITHDRAWN.

SIGNED this 17th day of September, 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE