United States District Court
Southern District of Texas
**ENTERED**
February 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>JUAN PABLO DIAZ CUENCA<br><br>and<br><br>MENESES LAW, PLLC<br><br>　　　　*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Civil Action No. 4:24-cv-2190 |

## ORDER

On this day, the Court considered the Plaintiff's Motion to Supplement the Record ("Motion"), together with any responses or replies to the Motion, the exhibits to the Motion, the pleadings on file, and any arguments of counsel. After reviewing the same, the Court is of the opinion that the Motion is well-taken, meritorious, and should be GRANTED. It is therefore

ORDERED, ADJUDGED, and DECREED that Exhibits 1 and 2 to the Motion are hereby filed in the Court's record to supplement the Plaintiff's Original Verified Petition included in Defendants' Notice of Removal [Dkt. 1]. As such, the Parties are authorized to rely on these exhibits for all purposes in this matter.

IT IS SO ORDERED this 13th day of February, 2025.

Honorable Andrew S. Hanen
United States District Judge