IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXANDRA LOZANO IMMIGRATION LAW, PLLC, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 4:24-cv-2190 |
| MENESES LAW, PLLC | | |
| Defendant. | | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16.3, Plaintiff Alexandra Lozano Immigration Law, PLLC ("ALIL") and Defendant Meneses Law, PLLC ("Meneses Law") hereby provide notice of settlement of the entire action, and stipulate and agree, that ALIL's claims and Meneses Law's counterclaims shall be dismissed with prejudice, and that each Party shall bear its own costs, expenses, and attorneys' fees in connection with this action.

Date: April 10, 2025

/s/ Pamela B. Linberg
Lauren Hope Whiting
Texas Bar No. 24084091
JACKSON LEWIS P.C.
93 Red River St., Ste. 1150
Austin, Texas 78701
512.362.7408 [Telephone]
512.362.5574 [Facsimile]
Lauren.Whiting@jacksonlewis.com

Pamela B. Linberg
Texas Bar No. 00793299
S.D. TX Bar No. 23981
Nathaniel J. Higgins

Respectfully submitted,

/s/ Jason S. McManis (*per email authority 4/10/2025*)
Joseph Y. Ahmad
Texas Bar No. 00941100
S.D. TX Bar No. 11604
Jason S. McManis,
Texas Bar No. 24088032
S.D. TX Bar No. 3138185
Michael Killingsworth
Texas Bar No. 24110089
S.D. TX Bar No. 3372601

Ahmad, Zavitsanos, & Mensing, PLLC
1221 McKinney, Ste. 2500

**Page 1**

| | |
|---|---|
| Texas Bar No. 24087720<br>S.D. TX Bar No. 3277285<br>JACKSON LEWIS P.C.<br>717 Texas Avenue, Suite 1700<br>Houston, Texas 77022<br>713.650.0404 [Telephone]<br>713.650.0405 [Facsimile] | Houston, Texas 77010<br>713.655.1101 [Telephone]<br>713.655.0062 [Facsimile]<br>JoeAhmad@azalaw.com<br>JMcManis@azalaw.com<br>mkillingsworth@azalaw.com |

Kirsten R. Fraser (*Pro Hac Vice*)
Organ Law LLP
1330 Dublin Road
Columbus, Ohio 43215
614.481.0900 [Telephone]
614.481.0904 [Facsimile]
kfraser@organlegal.com

*Attorneys for Defendant, Meneses Law PLLC*

*Attorneys for Plaintiff Alexandra Lozano*
*Immigration Law, PLLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of *Agreed Stipulation of Dismissal with Prejudice* was served on April 10, 2025, to the following entities:

*Via Email*
Jason S. McManis, JMcManis@azalaw.com
Joseph Y. Ahmad, JoeAhmad@azalaw.com
Michael Killingworth, mkillingsworth@azalaw.com
Ahmad, Zavitsanos, & Mensing, PLLC
1221 McKinney, Ste. 2500
Houston, Texas 77010

**Attorneys for Defendant, Meneses Law PLLC**

                                                              */s/ Kirsten R. Fraser*
                                                              Kirsten R. Fraser